. JOSEPH SKOLNY and Another, Copartners, etc., Respondents, v. SIDNEY HILLMAN, Individually and as General President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, an Unincorporated Association, and Another, Appellants, Impleaded with Others.—Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Dowling, J., dissenting.

JOSEPH SKOLNY and Another, Copartners, etc., Respondents, v. SIDNEY HILLMAN, Individually and as General President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, an Unincorporated Association, and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.; Dowling, J., dissenting.

---

SECOND DEPARTMENT, JULY, 1921.

AMERICAN ORIENTAL ICE MANUFACTURING COMPANY, Respondent, v. CHARLES J. MISSIR. Appellant.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HERBERT M. HANCOCK, Respondent, v. NEW YORK TRIBUNE, INC., Appellant.— Motion denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HERBERT M. HANCOCK, Respondent, v. PRESS PUBLISHING COMPANY, Appellant.— Motion denied. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Situated on the Westerly Side of Egbert Avenue, Northerly Side of Saw Mill Road and Easterly Side of Manor Road, etc., Borough of Richmond, etc.— Motion granted, and order signed. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of HUBERT LOOMIS DICKERMAN for Admission to the Bar. (From the State of Connecticut.) —Application granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of JOHN E. FETZER for Admission to the Bar. (From the State of Colorado.) —Application granted. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of MYLES W. STANDISH for a Writ of Habeas Corpus to Bring up the Body of MARY ELIZABETH STANDISH, an Infant.— Motion granted, except as to costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ. Settle order, with proper recitals of fact instead of findings, before Mr. Justice Jaycox.

In the Matter of the Petition of HANNAH TAYLOR to Prove the Last Will and Testament of CHARLES C. TAYLOR, Deceased.— Motion denied, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

HELEN C. JUDGE, Respondent, v. ADOLPHE A. GAZAN and WINIFRED GAZAN, Appellants.— Motion for stay granted, without costs. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.